UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JANIS SHUMWAY,

    Plaintiff,

    v.                                               Case No. 21-C-480

ANDERSON-PETERS GROUP, LLC,

    Defendant.

---

## ORDER

---

    The Court has been advised by counsel that a settlement has been reached in this action. All that remains to be done is the execution of documents and/or delivery of funds, if so required, in accordance with the parties' agreement. Defendant's time to file an answer or otherwise respond had previously been extended to June 8, 2021. Based upon the notice this matter has settled, that deadline is stayed and counsel have 30 days to effect settlement.

    **THEREFORE**, **IT IS ORDERED** that within thirty (30) days from the date of this order, counsel shall file a motion to dismiss this cause or a stipulation of dismissal. Failure to comply with this order may result in dismissal with prejudice pursuant to Civil Local Rule 41(c) for failure to prosecute this action in a timely manner. Additional time to complete the execution of the settlement document may be granted if requested in writing prior to the expiration of this time period.

    Dated at Green Bay, Wisconsin this 9th day of June, 2021.

                                                                  s/ Willilam C. Griesbach
                                                                    William C. Griesbach
                                                                    United States District Judge